# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

ERIC HART,

    Plaintiff,

v.

ALFONSO DAVID,

    Defendant.

Case No. 3:18-cv-00567-JPG-RJD

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

Magistrate Judge Reona J. Daly has issued a Report and Recommendations ("Report") on the defendant's motion for sanctions. (ECF Nos. 30, 31.) Magistrate Judge Daly recommends granting the motion and the dismissal of this case with prejudice as a sanction for the plaintiff's repeated and willful bad faith conduct in regards to discovery in this case. The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in her Report. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

Here, the plaintiff objects to Magistrate Judge Daly's recommendation, asking for forgiveness in his repeated failure to respond to the defendant's discovery requests because he was incarcerated in the Cook County Jail for a few months. (ECF No. 32.) But incarceration does not excuse the plaintiff from prosecuting his case, and there is also no excuse for the plaintiff failing to update the Court with his new address at the Cook County Jail. The Report accordingly withstands a *de novo* review, so the Court:

- **ADOPTS** Magistrate Judge Daly's Report in its entirety (ECF No. 31);

- **GRANTS** the defendant's motion for sanctions (ECF No. 30);

- **DISMISSES** this case **WITH PREJUDICE**; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: JUNE 20, 2019**

            *s/ J. Phil Gilbert*
            **J. PHIL GILBERT**
            **U.S. DISTRICT JUDGE**